843 A.2d 1221

**Timothy L. BOOTH, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Feb. 2, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of February, 2004, probable jurisdiction is noted and the order appealed is affirmed.

843 A.2d 1221

**Charles B. WILLIAMS, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Feb. 2, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of February, 2004, probable jurisdiction is noted and the order appealed is affirmed.